Anthony W. Reed
State Bar No. 24029789
The Reed Law Group, PLLC
Palisades II Tower
2435 N. Central Expy, Ste 1200
Richardson, Texas 75080
(469) 579-5739 (p)
(214) 975-6854 (f)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: § | CASE NO. 25-31979-SGJ-7 | |
| TEMANI ME'CHELLE ADAMS § | | |
| Debtor § | | |
| § | | |
| _____ § | | |
| **DETONTE SPEARMAN and THE** § | ADVERSARY NO. _____ | |
| **REED LAW GROUP, PLLC** § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | |
| § | | |
| **TEMANI ME'CHELLE ADAMS** § | | |
| *Defendant* § | CHAPTER 7 | |

**COMPLAINT TO OBJECT TO DISCHARGE AND
<u>DETERMINE DISCHARGEABILITY OF DEBT(S)</u>**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

NOW COMES Plaintiffs Detonte Spearman through counsel Anthony W. Reed, Esq of The Reed Law Group, PLLC and The Reed Law Group, PLLC (the "Plaintiffs") and files this complaint (the "Complaint") against Temani Me'Chelle Adams, (the "Defendant") seeking to object to discharge and determine the dischargeability of debts pursuant to sections 523 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code).

**JURISDICTION AND VENUE**

Case 25-03102-sgj   Doc 1   Filed 09/05/25   Entered 09/05/25 22:17:00   Desc Main
Document      Page 2 of 7

1. This Court has jurisdiction over this Complaint pursuant to 28 U.S.C. §§ 1334, 157(a), 157(b)(1), 157(b)(2)(i), and 157(b)(2)(j).

2. Venue of this adversary proceeding in the Norther District of Texas is proper pursuant to 28 U.S.C. §§1408 and 1409(a).

3. Plaintiffs file this complaint to object to discharge and determine the dischargeability of certain debts under 11 U.S.C. §523(a)(2)(A), 11 U.S.C. §523(a)(4), and 11 U.S.C. §523(a)(6).

## PROCEDURAL BACKGROUND

4. On May 30, 2025, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5. The meeting of creditors was held July 9, 2025. The Debtor refused to provide her actual address for her residence.

6. The Creditors have filed this adversary Complaint within sixty (60) days of the meeting of creditors.

## THE PARTIES

7. Plaintiff Detonte Spearman is an individual and a judgement creditor of Defendant Temani Me'Chelle Adams.

8. Plaintiff The Reed Law Group, PLLC is a professional limited liability company and a judgment creditor of Defendant Temani Me'Chelle Adams.

9. Defendant Temani Me'Chelle Adams is a resident of Dallas County, Texas, and a Debtor in voluntary Chapter 7 Bankruptcy Case Number 25-31979-SGJ-7 filed May 30, 2025. Defendant may be personally served with process pursuant to Bankruptcy Rule 7004 to the

COMPLAINT                                                                                                                    2

address she provided on her bankruptcy petition of 3824 Cedar Springs Road, #179, Dallas, TX 75219-4136.

## STATEMENT OF RELEVANT FACTS

10. Defendant Temani Me'Chelle Adams filed a lawsuit on May 23, 2023 in Kaufman County District Court, 86th Judicial District, against Plaintiff Detonte Spearman alleging she paid $10,000 to Plaintiff Detonte Spearman for the property located at 3013 Winecup Court, Heartland, TX 75126, (the "Property"), on or about March 19, 2020. Detonte Spearman was incarcerated at the time, and Temani Me'Chelle Adams was Detonte Spearman's attorney. Ms. Adams previously represented Mr. Spearman on the criminal matter for which he was incarcerated at the purported time of purchase, and Ms. Adams handled other matters for Mr. Spearman on an on-going basis.

11. Plaintiff alleged she was the 100% owner of the property despite presenting a deed naming Plaintiff and Defendant Joint Tenants with Right of Survivorship.

12. No written agreement was ever produced by Defendant Temani Me'Chelle Adams.

13. Plaintiff Detonte Spearman filed a counterclaim for Fraudulent Claim against Real Property, Breach of Texas Civil Practices and Remedies Code Chapter 12, Fraud, and reasonable and necessary attorney fees related to his claims.

14. A jury trial was held September 24-26, 2024. A jury verdict was rendered for Plaintiff Detonte Spearman after findings that Defendant Temani Me'Chelle Adams sought to utilize fraudulent court records and deed records to take property from Plaintiff Detonte Spearman, that Defendant Temani Me'Chelle Adams deceived Plaintiff Detonte Spearman to sign the deed the subject of the lawsuit, that Defendant Temani Adams had a fiduciary

duty and breached her fiduciary duty to Plaintiff Detonte Spearman, and granted damages accordingly. The jury granted Plaintiff Detonte Spearman $81,000 for Defendant Temani Me'Chelle Adams violation of TCPRC Chapter 12 concerning fraudulent court and deed records. The jury granted Plaintiff Detonte Spearman $10,000 for simple fraud. The jury granted Plaintiff Detonte Spearman $40,000 for exemplary damages. The jury granted The Reed Law Group, PLLC $30,000 in attorney fees and granted an additional $30,000 in attorney fees if the matter was appealed and unsuccessful.

15. Defendant Temani Me'Chelle Adams unsuccessfully appealed the matter, which apparently serves as the basis for her Bankruptcy claims against Naval Patel under Case No. 25-31979-SGJ-7.

16. A copy of the Final Judgment signed by the Judge is attached hereto as Exhibit "1" and is incorporated herein by this reference. Defendant is attempting to discharge debts that were incurred as the result of committing multiple forms of fraud.

## CLAIMS FOR RELIEF

## CAUSE OF ACTION UNDER 11 U.S.C. §523(a)(2)(A)

17. Plaintiffs incorporate all preceding paragraphs as if fully re-alleged herein, to the extent they are not inconsistent with the allegations contained in this First Claim for Relief.

18. Defendant's debts to Plaintiffs herein are non-dischargeable because said debts are for money, property, and or services obtained by false pretenses, false representation, and/or actual fraud as contemplated by the provisions of 11 U.S.C. §523(a)(2)(A).

19. More specifically, Defendant committed multiple material misrepresentations to Plaintiff Detonte Spearman. Defendant filed a suit claiming 100% interest in the property located at 3013 Winecup Court, Heartland, TX 75126 attempting to commit fraud upon the Court in addition to defrauding Plaintiff Spearman of the property. Defendant through fraudulent means was named on the deed for which she sued and was found to have misled Plaintiff Spearman. Mr. Spearman justifiably relied upon Defendant's representations and was harmed by Defendant's conduct when he signed the deed. A jury found Defendant liable for fraud and granted Plaintiff damages for fraud on multiple causes. A jury found Defendant liable for attorney fees and granted attorney fees for the fraud committed by Defendant.

### CAUSE OF ACTION UNDER 11 U.S.C. 11 U.S.C. §523(a)(4)

20. Plaintiffs incorporate all preceding paragraphs as if fully re-alleged herein, to the extent they are not inconsistent with the allegations contained in this Second Claim for Relief.

21. Defendant's debts to Plaintiffs herein are non-dischargeable because said debts are for fraud or defalcation while acting in a fiduciary capacity, embezzlement, or larceny as contemplated by the provisions of 11 U.S.C. §523(a)(4).

22. More specifically, Defendant abused her fiduciary duties to commit fraud in having Plaintiff Detonte Spearman execute a deed based upon material misrepresentations of Defendant while operating as his confidante and attorney. Plaintiff Detonte Spearman expected Defendant to help protect his property, however, Defendant abused her position, and fraudulently misled Plaintiff Detonte Spearman to obtain an interest in the property located at 3013 Winecup Court, Heartland, TX 75126. Mr. Spearman justifiably relied

upon Defendant's representations and was harmed by Defendant's conduct. A jury found Defendant liable for fraud and granted Plaintiff damages for fraud on multiple causes. A jury found Defendant liable for attorney fees and granted attorney fees for the fraud committed by Defendant.

## CAUSE OF ACTION UNDER 11 U.S.C. 11 U.S.C. §523(a)(6)

23. Plaintiffs incorporate all preceding paragraphs as if fully re-alleged herein, to the extent they are not inconsistent with the allegations contained in this Third Claim for Relief.

24. Defendant's debts to Plaintiffs herein are non-dischargeable because said debts are for willful and malicious injury by the debtor to another entity or to the property of another entity as contemplated by the provisions of 11 U.S.C. §523(a)(6). The Bankruptcy Code treats an individual as an entity for purposes of 11 U.S.C. §523(a)(6).

25. More specifically, Defendant willfully and maliciously abused her fiduciary duties to commit fraud against Plaintiff Detonte Spearman. The jury granted exemplary damages due to the willful and malicious conduct of Defendant. Defendant had Plaintiff Detonte Spearman execute a deed based upon material misrepresentations of Defendant while operating as his confidante and attorney, then sued Plaintiff Detonte Spearman to completely dispossess Plaintiff Detonte Spearman of ownership of the property located at 3013 Winecup Court, Heartland, TX 75126. Mr. Spearman justifiably relied upon Defendant's representations and was harmed by Defendant's conduct. A jury found Defendant liable for exemplary damages due to the nature of her conduct.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully request that this Court determine that Plaintiff's claims against Defendant are non-dischargeable pursuant to 11 U.S.C. §523(a)(2)(A), 11 U.S.C. §523(a)(4), and/or 11 U.S.C. §523(a)(6) and award Plaintiffs judgment against Defendant for the full amount of said claims together with attorney's fees, interest and court costs, and grant such other and further relief, that the Court may deem just and property to which Plaintiffs may show to be justly entitled.

Dated: September 5, 2025

*/s/ Anthony W. Reed*
Anthony W. Reed, Esq.
Texas Bar No. 24029789
**The Reed Law Group, PLLC**
Palisades II Tower
2435 N Central Expy, Ste 1200
Richardson, TX 75080
(469) 579-5739 (p)
(214) 975-6854 (f)
areed@thereedlawfirm.com

*Attorney for Plaintiffs Detonte Spearman and The Reed Law Group, PLLC.*