Electronically Served
Filed: 10/31/2024 2:30 PM
Rhonda Hughey,
District Clerk
Kaufman County, Texas
Kristina Wand
10/31/2024 3:05 PM

CAUSE NO. 114075-86

| | | |
|---|---|---|
| **TEMANI ME'CHELLE ADAMS** | § | IN THE DISTRICT COURT |
| *PLAINTIFF/COUNTER-DEFENDANT,* | § | |
| | § | |
| **v.** | § | 86th JUDICIAL DISTRICT |
| | § | |
| **DETONTE SPEARMAN** | § | |
| *DEFENDANT/COUNTER-PLAINTIFF* | § | KAUFMAN COUNTY, TEXAS |

## FINAL JUDGMENT

On September 24-26, 2024, a jury trial was held before the Court. The jury, after hearing testimony and deliberating over the testimony and the admitted evidence, issued a unanimous verdict on September 27, 2024.

The jury finds that Temani Adams and Detonte Spearman did not agree for Temani Adams to purchase the Property located at 3013 Winecup Court Heartland, TX 75126 from Detonte Spearman. The jury finds that Temani Adams sought to utilize fraudulent court records and deed records to take property from Detonte Spearman. The jury finds that Temani Adams deceived Detonte Spearman into signing a deed. The jury finds that Temani Adams committed fraud against Detonte Spearman regarding the deed. The jury finds that Temani Adams had a fiduciary duty and breached her fiduciary duty to Detonte Spearman. The jury finds that Temani Adams did not prove any of her causes of action submitted to the jury. The jury DENIED all causes of action submitted by Temani Adams.

The jury GRANTED monetary damages to Detonte Spearman as follows: $81,000 for Temani Adams breach of the Texas Civil Practices and Remedies Code Chapter 12; damages of $10,000 for Temani Adams fraud; $40,000 for exemplary damages; attorney fees of $30,000 for trial; attorney fees thereafter of $30,000 if the

matter is appealed and Detonte Spearman prevails; $30,000 for representation at the petition for review stage in the Supreme Court of Texas; $30,000 for representation at the merits briefing stage in the Supreme Court of Texas; and $30,000 for representation through oral argument and the completion of proceedings in the Supreme Court of Texas. Judgement is entered against Temani Adams and in favor of Detonte Spearman.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Temani Adams shall pay Detonte Spearman actual damages of $81,000 for breach of Texas Civil Practices and Remedies Code Chapter 12, $10,000 for fraud, $40,000 for exemplary damages, and attorney fees of $30,000 for trial. Detonte Spearman and The Reed Law Group, PLLC are allowed such writs and processes as may be necessary in the enforcement and collection of this judgment if not paid within 30 days from the date of this Order. Post-judgment interest on the judgment shall be incurred at the prevailing rate.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that additional attorney fees are granted of $30,000 if the matter is appealed and Detonte Spearman prevails, $30,000 for representation at the petition for review stage in the Supreme Court of Texas, $30,000 for representation at the merits briefing stage in the Supreme Court of Texas, $30,000 for representation through oral argument and the completion of proceedings in the Supreme Court of Texas.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Detonte Spearman is entitled to file and record any and all necessary documents to facilitate this Order to ensure the Deed Records of Kaufman County, Texas properly reflect Detonte Spearman as the owner of the Property located at 3013 Winecup Court, Heartland, TX 75126 with a legal description of LOT 28, BLOCK 2, HEARTLAND PARCEL 8 OF

WINDFIELD VILLAGE PHASE 1, AN ADDITION TO KAUFMAN COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET 3, PAGE 280, MAP AND/OR PLAT RECORDS OF KAUFMAN COUNTY, TEXAS. Recordation of this Order in the Kaufman County Deed Records shall operate as a muniment of title to the Property.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Temani Adams take nothing.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Temani Adams will allow Detonte Spearman through his assigned agent to enter and inspect the Property located at 3013 Winecup Court, Heartland, TX 75126 within 21 days of the rendering of this Order.

This Order disposes of all claims in this matter and this Order is a final and appealable judgment.

Signed this 31st day of October, 2024 at 2PM a.m./p.m

BY: _____
Honorable Judge Casey Blair

**AGREED AS TO FORM AND ENTRY REQUESTED:**

_____
Temani Adams
Texas Bar No. 24084778
Temani Adams, PLLC
1111 W Mockingbird Lane, Ste 790
Dallas, TX 75247
(469) 288-0888 (p)
(469) 277-3171 (f)
Temani@TemaniAdams.com
**Attorney for Temani Adams**


/s/  Anthony W. Reed, Esq.
Anthony W. Reed, Esq.
Texas Bar No. 24029789
**The Reed Law Group, PLLC**
3245 W. Main Street, Ste 235-346 Frisco, TX 75034
Tel. (469) 579-5739
Fax. (214) 975-6854
areed@thereedlawfirm.com
**Attorney for Detonte Spearman**